JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ZULMY REVOLORIO RAMIREZ,
Petitioner,
v.
JOSHUA JOHNSON,
Respondent.

Case No. 5:26-cv-03691-KES

**JUDGMENT**

Pursuant to the Court's Order Granting the Petition and Ordering Petitioner's Release from Custody, IT IS ADJUDGED that Ground 4 of the Petition (as raised in Petitioner's Reply) is granted, and Grounds 1-3 of the Petition are dismissed without prejudice as moot.

DATED:_August 28, 2026

Karen E. Scott
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE